UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MCCURLEY, | CASE NO. 2:16-cv-087 |
| Plaintiff/Relator, | <u>FILED UNDER SEAL</u> |
| v. | JUDGE SMITH |
| L-3 COMMUNICATIONS CORPORATION, *et al.*, | MAGISTRATE JUDGE VASCURA |
| Defendants. | |

## **ORDER**

The United States having consented to the Relator's Notice of Voluntary Dismissal of this case pursuant to 31 U.S.C. § 3730(b)(1), the Court rules as follows:

1. This case is hereby dismissed without prejudice as to both the United States and Relator;

2. The filing of this case, the Complaint, the Relator's Notice of Dismissal, the United States' Notice of Consent to Relator's Notice of Dismissal, and this Order shall be unsealed. All other pleadings filed prior to this Order shall remain under seal;

3. The seal shall be lifted as to all other pleadings filed in this case after entry of this Order; and

4. All unsealed pleadings, and the filing of this case, shall be made available on the Court's CM/ECF system.

IT IS SO ORDERED.

/s/Chelsey M. Vascura
UNITED STATES MAGISTRATE JUDGE

Dated: October __7____, 2019